UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:13-CR-1 RM |
| | ) | |
| ERIC ARNOLD | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 14, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 9], ACCEPTS defendant Eric Arnold's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 843(b).

SO ORDERED.

ENTERED:   February 5, 2013

                /s/ Robert L. Miller, Jr.
                Judge, United States District Court
                Northern District of Indiana